## JOHNSON v. REA.

March 31, 1836.

*Trial by inspection.*

To fix the special bail to the action, the *capias ad satisfaciendum* against the original defendant, must be issued and delivered to the sheriff, four days, *exclusive of Sunday,* before the return day of such writ.

THIS was a *scire facias* on a recognizance of special bail to the action, given by the defendant in another case. The defendant pleaded, first, " *comp. ad diem,* " and second, " no *capias ad satisfaciendum* against the defendant in the original action, regularly issued and returned." Replication, &c. and issues.

It appeared that a *capias ad satisfaciendum* had been issued and left in the sheriff's office on the Friday before the return day, which was on Monday.

[Johnson v. Rea.]

*Perkins,* for plaintiff.

*Meredith,* for defendant.

Authorities cited: 1 *Selw. Prac.* 115; 1 *Tidd* 994; Decas *v* Perry, 2 *Dow. & Ry.* 869.

PER CURIAM.—The judgment must be for the defendant. To fix the special bail, it is necessary that the *capias ad satisfaciendum* against the original defendant should have been issued and delivered to the sheriff *four days before the return day, exclusive* of the Sunday, which is not the case here.

Judgment for defendant.